## SPECIAL CAUSE



### PROOF OF CONSIDERATION
### MASTER BILL OF LADING SHIP MANIFESTATION
Non-Negotiable

**(1) One dollar Silver Certificate(s)**
**specie of the United States of America**

========================
   **Cert # W 02637679 A**
========================

---------------------------------------------------------------------------------------------------------------------
------------------- (*clerk sign and stamp copy for receipt to be returned to applicant*)

*Issuance of Receipt by clerk of the district court clerk of the united states*

*for the southern district of new york*

*In the Exclusive Original equal justice being rendered Admiralty and Maritime Jurisdiction by nature*

*Law of Nations*

*I hereby appoint* krajick, ruby j d/b/a RUBY J KRAJICK, et al**.,** and swain, laura d/b/a LAURA TAYLOR SWAIN
*a People bound by oath to be a Person Worthy of Trust, fiduciary, Trustee(s) Heirs and Assigns*

**FOR LAWFUL, VALUABLE, AND SUFFICIENT CONSIDERATION** delivered, on Special deposit, United States Postal Registered Mail Delivery, the receipt of which is acknowledged by the undersigned for an application entitled **" *Tender as a full and satisfactory consideration to district court of the united states for the southern district of new york*** tendered and executed 22nd day of September, 2022 exclusive of cost ***to start a private cause In the exclusive equal justice being rendered in Admiralty and Maritime jurisdiction by nature law of nations [*** 28 U.S. Code § 1333 - Admiralty, maritime and prize cases***]*** as the manifested special intent and purpose of clark, dejon lamar christopher, a private people called Moors beneficiary, Emperor A Master Merchant, Master Mason, Shereef , Admiral, Seamen, Mariner, Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, Sea ports, Ports of lading, Convoys merchandise Land, Air, Water etc, navigating waters of the high seas onshore and offshore *and Subject of the Al Maroc Shereefian Empire*, In the original equal justice being rendered in Admiralty and Maritime jurisdiction by nature law of nations "but Not a citizen of the united states for the district of columbia and its insular



**PROOF OF CONSIDERATION**
**MASTER BILL OF LADING SHIP MANIFESTATION**
Non-Negotiable

possessions/enclaves **(federal)** nor a Citizen of the united states of america in congress assembled and its several states **(confederacy)** applicant, payee "implied" equitable surety.

*FOR THE SPECIFIC PURPOSE AND INTENT TO BE HELD IN TRUST FOR THE PRESENT ENJOYMENT, USE AND POSSESSION FOR THE JAMAL EL TRUST BENEFICIARIES*

**Treaty of Tripoli 1796-ARTICLE X**., The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been received by him previous to his signing the same, according to a receipt which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoli, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party;

**Treaty of Algiers 1795-ARTICLE XIII**., Should any of the Citizens of the United States of North America Die within the Limits of this Regency the Dey & his Subjects shall not Interfere with the Property of the Deceased but it Shall be under the immediate Direction of the Consul unless otherwise disposed of by will Should their be no Consul, the Effects Shall be deposited in the hands of Some Person worthy of trust until the Party Shall Appear who has a Right to demand them, when they Shall Render an Account of the Property neither Shall the Dey or Divan Give hinderence in the Execution of any Will that may Appear;

**Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912**

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that "before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government (District of Columbia) has in "Fact" no legal or equitable rights.*

Take notice of section 32 of **The Judiciary Act; September 24, 1789, 1 Stat. 73.** ==of your Trust Indenture==  Which states as follows: "And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any



**PROOF OF CONSIDERATION**
**MASTER BILL OF LADING SHIP MANIFESTATION**
Non-Negotiable

imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

- **Methods of Trust Formation:** Delivery, Transfer, Verbal, Fraud, Concealment, Conveyance, Contract, Agreement, Will, Statute, Silence, Acquiescence, Admission, Consent, Acceptance, Endorsement, Appointment, Failure of Disclaimer, Notice, Registration, Recording, Endorsement, Declaration.
  [ a. Such a trust may be created by deed or may rest entirely in parole or may be partially in writing and partially in parole 1966 Florida Appeals Fraser v Fraser.]

*"He who comes into equity must come with clean hands"*

As a people called *Moors, grantee/grantor/heir/beneficiary,* I have priority of right, if you DENY, I DEMAND you to show **cause** why I do not hold superior equitable or Legal title to said property, and that it's not a trust. Show me the consideration you gave to me, for all the things I gave to you, including me granting you my signature, an equitable asset, for consideration, and that it was equitable. You, krajick, ruby j d/b/a RUBY J KRAJICK, et al.**,** and swain, laura taylor d/b/a LAURA TAYLOR SWAIN et al.; chief judge/acting as Master/Chancellor et al., as trustee(s), have (3) three days to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or

**BE IT RESOLVED!**

**Equity Will Not Allow A Trust To Fail For Want of A Trustee**

Performed by my hand and seal with manifest special intent and purpose, freewill act and Deed: ***I DECLARE****,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: <u>16th day of November</u>, 20<u>22</u>.

By: <u>*clark, dejon lamar christopher Moor beneficiary*</u>
clark, dejon lamar christopher *grantee/grantor/heir/beneficiary*
a private people called Moors /americas aboriginal michiganian national,
*"but not citizen of the united states for the district of columbia,*
*nor the united states of america in congress assembled."*
**Special Deposit, Private, Priority**



**PROOF OF CONSIDERATION**
**MASTER BILL OF LADING SHIP MANIFESTATION**
Non-Negotiable

*NOTICE TO ALL RECIPIENTS OF THIS BILL IN AND ON RECORD ANY CONCEALMENT OR CONTAMINATION OF THIS BILL FOR REDRESS IS HEREBY CONTRAVENTION AND UNBECOMING IN CHARACTER ACT AND DEED*

**WITNESSES**

_by: todd, ronnie ramael Moor beneficiary_
**Witness**

_by: brown, kenneth Moor beneficiary_
**Witness**

_by: higgins, mark rock , irish Moor beneficiary_
witness

## PROOF OF SERVICE

I Declare that the forgoing instrument (**Notice of Proof of Consideration)** was tendered upon the district court of the united states for the southern district of new york court clerk krajick, ruby j d/b/a RUBY J KRAJICK, et al., to the above cause to district court of the united states for the southern district of new york of record herein on 22nd day of September, 2022.

The parties were served via:

___ U.S.Mail         ___ Facsimile         ___ Hand Delivery     ___UPS

___ Federal Express      ___ Other       ___ E-File       X   Email

By:_clark, dejon lamar christopher_ Moor beneficiary