USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2022

Notice of *Interlocutory Appeal*

## *Master Bill of Lading, Ships Manifest Non-Negotiable*

**tried de novo ex parte notice of an interlocutory appeal from the district court of the united states for the southern district new york to the circuit court of the united states district for southern district new york
in the original equal justice being rendered cognizance of all special causes of admiralty and maritime jurisdiction by nature law of nations**

### Office of Special Clerk and Master

**To:** livingston, debra ann d/b/a DEBRA ANN LIVINGSTON chief judge of the circuit court of the united states in the southern district of new york et al., Consignee and o'hagan wolfe, catherine d/b/a CATHERINE O'HAGAN WOLFE clerk of the circuit court of the united states in the southern district of new york Consignee et al., A People Bound by oath to be Persons Worthy of Trust, Trustee, Fiduciary who I entrusted to discharge your duties faithfully while in office of Trust and Perform your ministerial duties in good faith a pure heart and good conscious of the King *"He who comes in equity must come with clean hands" "Equity imputes an Intent to fulfill an obligation"*

      40 Foley Square
      New York, New York near : [10007]

RE: clark, dejon lamar christopher v. haaland, debra anne Trust Vessel Case # **1:22-cv-09785-LTS**

**Tried "De Novo" to Proceed Ex-Parte Interlocutory Appeal in the circuit court of the united states for the southern district new york**

**Dear deborah and catherine, "equity acts in personam"**

This Bill of Lading is a notice of an Interlocutory Appeal trial de novo. An interlocutory appeal **asks a circuit court to decide an issue which cannot be resolved on the facts in the case, but whose resolution is essential to a final decision in the case**. There exists a clear conflict and variance between the codes of "YOUR" trust indenture under the district of columbia that requires a fee or IFP from "YOU" Trustee(s) and the Treaties of the Al Maroc Shereefian Empire that I as an heir am subjected to.

I have been Confederated against by hostile and belligerent christian enemies of the united states for the district of columbia masquerading as Citizens of the united states of North America and suffered assaults and beatings on the High Seas and elsewhere as an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire under legal compulsion which is very unbecoming. My rights Protected by Mercantile/Maritime Treaties have been breached by christian enemies who took oaths to demean themselves and i have suffered irreparable harm beyond repair to the point of destruction and I am without speedy restoration in the Original admiralty and maritime jurisdiction by nature law of nations. So I hereby Require a de novo to proceed ex parte so i can receive adequate equal justice being rendered on to me *Equity will not allow a statute to be used as a cloak for fraud". Therefore, I require an article III judge/chancellor/master who is competent/impartial and cognizant of all special civil causes in the exclusive*



Notice of *Interlocutory Appeal*

## *Master Bill of Lading, Ships Manifest Non-Negotiable*

*admiralty and maritime jurisdiction by nature law of nations to be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit.*

*I clark, dejon lamar christopher Libellant a Private People called Moors americas aboriginal ojibwe (michiganian) national, grantee/grantor/beneficiary a Emperor, Master Merchant, a Seaman a Piloter, an Mariner, a Commander, Captain Bona Fide Owner Maritime lienholder of all vessels, cargo, estates, chattels, charters,vassals, goods, merchandise, convoys, ships, ports of lading, seaports and Subject of the Al Maroc Shereefian Empire but Not a citizen/employee/crewnmen of the united states for the district of columbia enemy ships and its insular possessions (federal) nor a Citizen of the united states of america in congress and its several states of the union (confederacy) In the Original equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations. Pursuant To 1824 Treaty of Tunis Article XII, constitution of the united states article III section II subsection 1 and Article VI and Article I section 8 clause 10, 17, 1781 Articles of confederation Art VI, IX, XI, XII, XIII*

**I Deny** *any and all equal justice being rendered in colorable quasi-in rem admiralty whose prize proceedings is inapplicable in admiralty and maritime jurisdiction by nature because my equal justice being rendered in the original admiralty and maritime jurisdiction by nature in Personam ONLY Title is Superior*

I deny paying any duties whatsoever and I never will entertain the idea of doing as such. My master bill of lading was shipped With a Proof of Consideration tendered on special deposit. **"Equity will not complete an imperfect gift."** 1796 Treaty of Tripoli Article V, X to the port of entry by the agent of Post office (consignor) and then received by the clerk(s) of your courts as the Consignee (carrier) received and landed on the dock known as port of entry or port of lading and was given a tracking number, aka Docket Number **1:22-cv-09785-LTS** (a Trust (Arises). **"Equity imputes an intent to fulfill an obligation."** Thus, your duties as a People Bound by oath to be Persons Worthy of Trust are to ensure I receive aid, repairs and restoration rendered to me, my vessels,cargos, ships, seaports, ports of lading, merchandise, everything in the land, air and water as the Bonafide Owner/beneficiary as my ancestors intended for me Through Treaties, which You happen to be a party to by way of Oaths as Trustees/Fiduciaries to me, as I am god (generator, operator, destroyer) and Lord and you are my servants by oath which you volunteered to by your own consent, so, YOU are now bound; Common Law Applies to Trustee(s), if, Not, i require You show good cause that it does not Apply To YOU. **"Equity does not aid the volunteer."** You Trustees should all know that justice should be rendered freely without denial and without delay without being obliged to pay exclusive of costs. Keep in mind anything less than obeying your Trust Indenture will constitute unjust enrichment **"Equity will not complete an imperfect gift", "Equity delights to do justice and not by halves"**

Furthermore, the district court of the united states for the southern district new york clerk of court, has made a palpable error because Treaties states that Moors are not subject to any type of tribute, tax, remunerations or duties whatever. My bill of lading clearly expresses that my suit is in admiralty, take notice my Interlocutory Appeal is for the purpose of **challenging a non-final trial court order that decides an issue but does not result in final judgment** so, I require that you make sure your co-trustees correct the action because my rights are being irreparably destroyed beyond repair as an Ipso Jure Moor Subject of an Empire .Your Orator has clearly been Subjected to Assaults and Beatings on the High Seas and elsewhere in Personam Only.



# Notice of *Interlocutory Appeal*

## *Master Bill of Lading, Ships Manifest Non-Negotiable*

Take notice of section 32 of **The Judiciary Act; September 24, 1789, 1 Stat. 73. of your Trust Indenture** Which states as follows: "And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

- **Methods of Trust Formation:** Delivery, Transfer, Verbal, Fraud, Concealment, Conveyance, Contract, Agreement, Will, Statute, Silence, Acquiescence, Admission, Consent, Acceptance, Endorsement, Appointment, Failure of Disclaimer, Notice, Registration, Recording, Endorsement, Declaration.
  [ a. Such a trust may be created by deed or may rest entirely in parole or may be partially in writing and partially in parole 1966 Florida Appeals Fraser v Fraser.]

### "Equity will not allow a trust to fail for want of a Trustee"

**<u>Contravention legal definition:</u>** *is an action that violates a law, treaty, or other ruling. The act of contravening a rule, regulation, or law, or of not fulfilling an obligation, promise, or agreement.*

***YOU/YOUR:*** *means an Individual who owes a debt to the United States within the scope of the Trust Indenture you took an oath too*

The question's to be certified, I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity of the 39th, 40th and 41st congress and its construction of the United States for the district of columbia its laws known as the Organic Act of 1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution of the United States, Treaties and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire : Affirm or Deny

1.) Are YOU commissioned and wearing enemy colors acting as a Privateer/Pirate Christian enemy of the united states for the district of columbia?

2.) Or are YOU actually Citizens of the United States of America according to the perpetual peace under approbation granted to YOU by the Emperor and the Subjects of the Al Maroc Shereefian Empire pursuant to 1786/1836 Treaty of Marrakech Art I and II?

3.) When did congress grant its magistrates/officers/agents/employees pro tempore in recess of congress committee of the states its courts/agents/libelee(s)/privateers/pirates the authority to issue or grant letters



### Notice of *Interlocutory Appeal*

## *Master Bill of Lading, Ships Manifest Non-Negotiable*

of marque/reprisals? **are YOUR** letters of marque/reprisals *repugnant to YOUR Trust Indenture the constitution, laws of the united and Treaties with the Al Maroc Shereefian Empire as well as 1781 Articles of Confederation art. IV, Vi, IX, XII, XIII ?*

4.) Are YOU magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s)/pirates as People bound by oath to be Person worthy of trust acting within the purpose and intent of the FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901 to it's entirety and not behaving like belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire? **Are YOUR proceedings contrary to YOUR Trust Indenture the constitution and the laws of the united states or the Treaties of the Al Maroc Shereefian Empire?**

5.) Has any of the magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s) who are People bound by oath to be Persons worthy of trust violated or breached any sections of their Trust Indenture by using the courts of law as a instrument of injustice, known as ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy?

  6) Does the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedures (special legislation) supersede the 1789 Judiciary Act?

  7) Is THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT one of the judicial courts for several states of union (confederation) authorized and established by the United States of America in Congress Assembled and the general acts of congress?

  8) Was Congress intent and purpose for the FEDERAL GOVERNMENT and its municipal corporations **(united states for the district of columbia)** special legislation to Exceed The 10 Square mile?

9.) Did Congress grant the authority for United States of America and its several states of the union and the United States for the district of columbia to issue letters of Marque/reprisal through colorable quasi in rem admiralty and maritime to commit acts of war (PIRACY) against an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire?

  10) When congress established UNITED STATES FOR THE DISTRICT OF COLUMBIA a federal Corporation was it their intent and purpose to apply to People or Persons?

  11) When Congress adopted the Bill of Rights was it the intent and Purpose for the People to be Secured



### Notice of *Interlocutory Appeal*

### *Master Bill of Lading, Ships Manifest Non-Negotiable*

in their persons or papers or was it the intent for the Persons to be secure in their Persons or Papers?

12) Did the United States of America in Congress Assembled in recess of Congress grant the United States for the District of Columbia and its (committee of states) and its belligerent citizens/agents/privateers/employees/commissioners the consent to issue letters of marque/reprisal using acts of war passing ex Post facto law using bills of attainder (colorable quasi in rem admiralty and maritime) to pirate through insurrection and rebellion the Citizens of the several united states of america, Moor Subjects of the Al Maroc Shereefian Empire, Citizens or Subjects of the United Kingdom of Great Britain, the Citizens or Subjects of Spain/Mexico/Grenada the Citizens or Subjects of France its kingdoms, Territories, Dominions, Empires etc? In Breach of the Constitution of the united states article III section II subsection 1 Article VI, Article 1 section 8 clause 10,17; 1781 Articles of Confederation Art IV, VI, IX, XI, XII, XII, 1794 Jay Treaty, 1786/1836 Treaty of Marrakech Art. II, 1492 Treaty of Grenada, 1778 Treaty of France and the 39th Congress 1865-1867 pg 811-820 and the 1880 Treaty of Madrid?

13) In the Construction of The UNITED STATES CONSTITUTION amendments 11-25 is it Not repugnant to the constitution of the United States, Treaties, and the General Acts of Congress? Affirm or Deny

SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. **(Breached in the past)**

SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall



Notice of *Interlocutory Appeal*

*Master Bill of Lading, Ships Manifest Non-Negotiable*

receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. **(Breached in the past)**

SEc. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820. **(Breached in the past) Are the actions of the** magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s) **in tune with their Trust Indenture or the Treaties of the Al Maroc Shereefian Empire.**

Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character, in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT OF NEW YORK SOUTHERN DISTRICT", "UNITED STATES COURT OF APPEALS SECOND CIRCUIT", INFERIOR COURTS, namely,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA. Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"Oxymoron", "unmoored", and farcical enforcing** rules that do not apply to prize proceedings in admiralty by nature law of nations **nor are they in tune with YOUR Trust Indenture or the Treaties of the Al Maroc Shereefian Empire.**



# Notice of *Interlocutory Appeal*

## *Master Bill of Lading, Ships Manifest Non-Negotiable*

**Take Notice to Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912**

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that " before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.* **"He who comes into equity must come with clean hands"**

**1781 Articles of Confederation Article VI:**

No State, without the consent of the United States in Congress assembled, shall send any embassy to, or receive any embassy from, or enter into any conference, agreement, alliance or treaty with any King, Prince or State; nor shall any person holding any office of profit or trust under the United States, or any of them, accept any present, emolument, office or title of any kind whatever from any King, Prince or foreign State; nor shall the United States in Congress assembled, or any of them, grant any title of nobility. *Breached in the past*

No two or more States shall enter into any treaty, confederation or alliance whatever between them, without the consent of the United States in Congress assembled, specifying accurately the purposes for which the same is to be entered into, and how long it shall continue. *Breached in the past*

No State shall lay any imposts or duties, which may interfere with any stipulations in treaties, entered into by the United States in Congress assembled, with any King, Prince or State, in pursuance of any treaties already proposed by Congress, to the courts of France and Spain. *Breached in the past*

No vessel of war shall be kept up in time of peace by any State, except such number only, as shall be deemed necessary by the United States in Congress assembled, for the defense of such State, or its trade; nor shall any body of forces be kept up by any State in time of peace, except such number only, as in the judgement of the United States in Congress assembled, shall be deemed requisite to garrison the forts necessary for the defense of such State; but every State shall always keep up a well-regulated and disciplined militia, sufficiently armed and accoutered, and shall provide and constantly have ready for use, in public stores, a due number of filed pieces and tents, and a proper quantity of arms, ammunition and camp equipage. *Breached in the past*

No State shall engage in any war without the consent of the United States in Congress assembled, unless such State be actually invaded by enemies, or shall have received certain advice of a resolution being formed by some nation of



### Notice of *Interlocutory Appeal*

### *Master Bill of Lading, Ships Manifest Non-Negotiable*

Indians to invade such State, and the danger is so imminent as not to admit of a delay till the United States in Congress assembled can be consulted; nor shall any State grant commissions to any ships or vessels of war, nor letters of marque or reprisal, except it be after a declaration of war by the United States in Congress assembled, and then only against the Kingdom or State and the subjects thereof, against which war has been so declared, and under such regulations as shall be established by the United States in Congress assembled, unless such State be infested by pirates, in which case vessels of war may be fitted out for that occasion, and kept so long as the danger shall continue, or until the United States in Congress assembled shall determine otherwise. *Breached in the Past….*

*1789 constitution of the united states Article III Section 2 subsection 1*

*The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—*to Controversies between two or more States;— between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and *foreign States*, Citizens or *Subjects.*

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The district courts shall have original jurisdiction, exclusive of the courts of the States, of **(1)** Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. **(2)** Any prize brought into the United States and all proceedings for the condemnation of property taken as prize. Including bankruptcy dealing with citizens of the united states for the district of columbia and their belligerent crew members who taken oaths to demean themselves.

### The Judiciary Act; September 24, 1789

SEC . 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes where an alien*



Notice of *Interlocutory Appeal*

*Master Bill of Lading, Ships Manifest Non-Negotiable*

*sues for a tort only in violation of the law of nations or a treaty of the United States*. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury."*Equity Imputes an intent to fulfill an obligation" "Substantive due process of war*

SEC . 11. And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC . 13. And be it further enacted, That the Supreme Court shall have exclusive jurisdiction of all controversies of a civil nature, where a state is a party, except between a state and its citizens; and except also between a state and citizens of other states, or aliens, in which latter case it shall have original but not exclusive jurisdiction. And shall have exclusively all such jurisdiction of suits or proceedings against ambassadors, or other public ministers, or their domestics, or domestic servants, as a court of law can have or exercise consistently with the law of nations; and original, but not exclusive jurisdiction of all suits brought by ambassadors, or other public ministers, or in which a consul, or vice consul, shall be a party. And the trial of issues in fact in the Supreme Court, in all actions at law against citizens of the United States, shall be by jury. The Supreme Court shall also have appellate jurisdiction from the circuit courts and courts of the several states, in the cases herein after specially provided for; and shall have power to issue writs of prohibition to the district courts, when proceeding as courts of admiralty and maritime jurisdiction, and writs of mandamus, in cases warranted by the principles and usages of law, to any courts appointed, or persons holding office, under the authority of the United States.

SEC . 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.



Notice of *Interlocutory Appeal*

*Master Bill of Lading, Ships Manifest Non-Negotiable*

SEC . 25. And be it further enacted, That a final judgment or decree in any suit, in the highest court of law or equity of a State in which a decision in the suit could be had, where is drawn in question the validity of a treaty or statute of, or an authority exercised under the United States, and the decision is against their validity; or where is drawn in question the validity of a statute of, or an authority exercised under any State, on the ground of their being repugnant to the constitution, treaties or laws of the United States, and the decision is in favour of such their validity, or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission held under the United States, and the decision is against the title, right, privilege or exemption specially set up or claimed by either party, under such clause of the said Constitution, treaty, statute or commission, may be re-examined and reversed or affirmed in the Supreme Court of the United States upon a writ of error, the citation being signed by the chief justice, or judge or chancellor of the court rendering or passing the judgment or decree complained of, or by a justice of the Supreme Court of the United States, in the same manner and under the same regulations, and the writ shall have the same effect, as if the judgment or decree complained of had been rendered or passed in a circuit court, and the proceeding upon the reversal shall also be the same, except that the Supreme Court, instead of remanding the cause for a final decision as before provided, may at their discretion, if the cause shall have been once remanded before, proceed to a final decision of the same, and award execution. But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears on the face of the record, and immediately respects the before mentioned questions of validity or construction of the said constitution, treaties, statutes, commissions, or authorities in dispute.

SEC . 32. And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

SEC . 33. And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence. And copies of the process shall be returned as speedily as may be into the clerk's office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a



### Notice of *Interlocutory Appeal*

## *Master Bill of Lading, Ships Manifest Non-Negotiable*

district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.

**Justice thomas opinion**

First, ***"substantive due process exalts judges at the expense of the People from whom they derive their authority***."Ibid. Because the Due Process Clause "speaks only to 'process,' the Court has long struggled to define what substantive rights it protects." Timbs v. Indiana, 586 U. S. ___, ___(2019) (THOMAS, J., concurring in judgment) (slip op., at 2)(internal quotation marks omitted). In practice, the Court's approach for identifying those "fundamental" rights "unquestionably involves policymaking rather than neutral legal analysis." Carlton, 512 U. S., at 41–42 (opinion of Scalia, J.); see also McDonald, 561 U. S., at 812 (opinion of THOMAS, J.) (substantive due process is "a jurisprudence devoid of a guiding principle"). ***The Court divines new rights in line with "its own, extra constitutional value preferences" and nullifies state laws that do not align with the judicially created guarantees.*** Thornburgh v. American College of Obstetricians and Gynecologists, 476 U. S. 747,794 (1986) (White, J., dissenting).

### *Substantive Due Process of War*
### *Terms and Conditions*

**FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901.**

**Third**, *The word "person" shall be held to apply to partnerships and corporations, unless .such construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office, unless the context shows that such words were intended to be used in a more limited sense .*
**Fourth**. *Wherever the word "executor" is used it shall include "administrator," and vice versa, unless such application of the terms would be unreasonable .*
**Fifth**. *Wherever an oath is required an affirmation in judicial form, if made by a person conscientiously scrupulous about taking an oath, shall be deemed a sufficient compliance .*
**Sixth**. *The words "insane person" and "lunatic" shall include every idiot, non compos, lunatic, and insane person .*

### *LAWS REMAINING IN FORCE.*

*SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one,* **the principles of equity and admiralty, all general acts of Congress** *not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .* ***Breached in the past***

***1781 Articles of confederation a Perpetual Union article XII:*** *All bills of credit emitted, monies borrowed, and debts*



Notice of *Interlocutory Appeal*

*Master Bill of Lading, Ships Manifest Non-Negotiable*

contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged. **Breached in the Past**

*1786/1836 Treaty of Marrakech Article XXIV.* If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them. **Breached in the Past**

*1786/1836 Treaty of Marrakech Article XXII.* If an American Citizen shall die in our Country and no Will shall appear, the Consul shall take possession of his Effects, and if there shall be no Consul, the Effects shall be deposited in the hands of some Person worthy of Trust, untill the Party shall appear who has a Right to demand them, but if the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; and if a Will shall appear, the Property shall descend agreeable to that Will, as soon as the Consul shall declare the Validity thereof. **Breached in the Past**

*1786/1836 Treaty of Marrakech article IV.* A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.**Breached in the Past**

*1786/1836 Treaty of Marrakech* **Article II.** If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors. **"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article X.** If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country.**"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article XXI.** If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever. **"Breached in the past"…**

*1786/1836 Treaty of Marrakech* **Article XIV.** The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be



## Notice of *Interlocutory Appeal*

## *Master Bill of Lading, Ships Manifest Non-Negotiable*

respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.**"Breached in the past"**…

**1786/1836 Treaty of Marrakech** Article XXIII. *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.***"Breached in the past"***…

**1786/1836 Treaty of Marrakech** Article VI. *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.* ***"Breached in the past"***…

**1786/1836 Treaty of Marrakech** Article IX. *If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.***"Breached in the past"***….

**1786/1836 Treaty of Marrakech** Article XXIV. *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.***"Breached in the past"***…

**1795 Treaty of Algiers** Article III. *The Vessels of both Nations shall pass each other without any impediment or Molestation and all Goods monies or Passengers of whatsoever Nation that may be on board of the Vessels belonging to either Party Shall be considered as inviolable and shall be allowed to pass unmolested.* **Breached in the Past**

Article V. *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.* **Breached in the Past.**

The Jay Treaty of 1794 Article XXI. *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any*



## Notice of *Interlocutory Appeal*

## *Master Bill of Lading, Ships Manifest Non-Negotiable*

*Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be*

*taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate.* **"Breached in the past"…**

*whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty.*

**Take notice Re: Exhibit V- COPIUS NOTES of the Supreme Court of the United States  Treatis on Treaties**

*The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous*

*Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper*

*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.*

*The acquisition of the property or taking other advantage of a people by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

### *Conclusion*

### <u>Demand for Special and General Restoration</u>

Wherefore the foregoing, your orator therefore requires that this court issue a decree for Libellant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."



### Notice of *Interlocutory Appeal*

### *Master Bill of Lading, Ships Manifest Non-Negotiable*

a. Acknowledgement of clark, dejon lamar christopher Moor beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of "MARK ANTHONY STEPHERSON," establishing my equitable maritime rights, powers and relation to said estate; all property attachments including, but                                        not limited to, lands, houses, goods and chattels, rights and credits, his person, and his wife and minor offspring(s), and his right to work, and to sell and acquire property, and engage in lawful business, and his and their reputation, health and capacity to labor;

b. Acknowledgement of parker,jamal darius's, special and particular political status as a private Moor, americas aboriginal michiganian national, and subject of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled;*" that he shall be treated as friendly, and respected and esteemed as that of the **most favored Nation;** and that due process and equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature towards him in all disputes;

c. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

d. Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

e. Decree a special article III judge/chancellor/master who is competent/impartial and cognizant of all special cause in the exclusive admiralty and maritime jurisdiction by nature law of nations to be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit (proposed Order attached herewith);

f. Decree to seal said Suit to exclude the public and press to protect the nature of the rights  and protections between the Parties during the prize proceedings (proposed Order attached herewith);



Notice of *Interlocutory Appeal*

*Master Bill of Lading, Ships Manifest Non-Negotiable*

g. Decree any other General and Special Restoration, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem** just.  Your orator requires you to issue a decree declaring Libellant parker,jamal darius to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require. Your orator respectfully requires your Honor issue a decree *pro confesso* for all defendant(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the complainant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

h. Injunctive relief to prevent a party plaintiff(s)/libelee(s) from using the Courts of law to obtain or enforce judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff/libelee(s) has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

i. Injunctive relief be granted to perpetually inhibited defendant(s)/libelee(s) from the assertion of any assumed right, and perpetually restrained defendant(s)/libelee(s) from the commission of an act which would be contrary to Equity, good conscience, and good



### Notice of *Interlocutory Appeal*

### *Master Bill of Lading, Ships Manifest Non-Negotiable*

reason, the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters.

j.  Decree that anyone acting as a Person worthy of Trust, shall render upon request by the *claimant/suitor/libellant*, the specific performance, to produce an annual full accounting and non-commingled, of all real, personal, and equitable assets and debts due to Complainant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Trust Account(s)" interest, in USD species, to *claimant/suitor/libellant* clark, dejon lamar christopher *Moor heir/beneficiary*; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the *claimant/suitor/libellant* has an interest, and to pay over whatever may be due or belong to him, or the balance due *claimant/suitor/libellant* on a fair accounting to be held by you on Special Deposit;

k. That the *claimant/suitor/libellant* clark, dejon lamar christopher, *Moor heir/beneficiary* shall have the right to claim, as *grantee ablsolute, 190,*963 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for *Moor aborigine descendants*, shall be set aside and recorded in the name of the JAMAL EL TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named clark, dejon lamar christopher, his *heirs and beneficiaries.*

Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, *SHALL NOT BE TAXED* by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable jurisdiction, WHATSOEVER;



### Notice of *Interlocutory Appeal*

### *Master Bill of Lading, Ships Manifest Non-Negotiable*

l.   That any cloud be removed from any real, personal, equitable assets, or named estate(s) or the title be divested and vested, that Complainant makes equitable claim to; and a permanent equitable estopple be granted against any and all non-bona fide parties.

m.   That perpetual Injunctive relief shall issue against all classes of defendant(s)/libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the *united states of america* and of the several states who are subject to their treaties and constitutions, shall acknowledge the *claimant/suitor/libellant* special and particular political status"; and the *claimant/suitor/libellant* shall "not" be treated as a national of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the treaties; and that *claimant/suitor/libellant* shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the treaties between the *Citizens of the United States of North America* and the *Subjects of the Al Maroc Shereefian Empire;*

n.   Injunctive relief to prevent a party plaintiff(s)/libelee(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

o.   Injunctive relief to be granted expeditiously to perpetually inhibited defendant(s) / libelee(s) from the assertion of any presumed right, and perpetually restrained defendant(s)/ libelee(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters;

p.   Injunctive relief to be granted on behalf of an "implied equitable surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

q.   Injunctive relief be granted to perpetually inhibited defendant(s), or anyone acting as a Person worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his



### Notice of *Interlocutory Appeal*

### *Master Bill of Lading, Ships Manifest Non-Negotiable*

heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable grounds for attachment exist, state it.

r. That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Complainant have such other relief as he respectfully demands  for, and may be entitled to, and that the proper final process shall issue;

That this full restoration has been granted on proper grounds and in keeping with good reason and good conscience.

s.  That the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

Therefore, with the above declaration of facts given, I, clark, dejon lamar christopher, a People called Moor aboriginal beneficiary *a  Emperor, Merchant, a Seaman a Piloter, a Mariner, a Commander and Master Mason, Bonafide Owner of all vessels, cargo, estates, chattels, charters, estates, convoys, vassals, merchandise, goods, ships* and Subject of the Al Maroc Shereefian Empire respectfully demand that this court, acting *in good faith, with due diligence, and without unclean hands,* **show "good" cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within (3) three days from your receipt of this Notice. Failure to **show "good" cause** shall be construed as the courts' confession, acquiescence, agreement, and consent to the facts herein, and the status and standing of the People called Moor beneficiary to a current exclusive equitable admiralty and maritime cause. **"equity imputes an intent to fulfill an obligation".**

### *BE YEE PERFECT*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:



### Notice of *Interlocutory Appeal*

### *Master Bill of Lading, Ships Manifest Non-Negotiable*

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: *22nd day of November , 2022*.

*by*: *clark, dejon lamar christopher*

**clark, dejon lamar christopher** *grantee/grantor/heir/beneficiary*
a private people called Moor /americas aboriginal michiganian national,
"*but not citizen of the united states for the district of columbia,*
*nor the Citizen of the united states of america in congress assembled."*
**Special deposit , Private, Priority**

*Equity sees that as done what ought to be done.*

### BE YEE PERFECT

***In Conclusion Silence is Acquiescence to these stipulations and Acquiescence to these stipulations is Pro Confesso***
(*He who is silent, though he had foreseen them, seems to agree.*)

"***So It Is Written, So Shall It Be Done", It is SO ORDERED or BE IT RESOLVED*** ………..

**Govern yourself accordingly I LOVE YOU ALL!!**



Notice of *Interlocutory Appeal*

*Master Bill of Lading, Ships Manifest Non-Negotiable*

### PROOF OF SERVICE

I Declare that the forgoing instrument **(Notice of Interlocutory Appeal in the Original Exclusive Equity Admiralty and Maritime Jurisdiction by Nature Law of Nations)** was served upon the district court of the united states for the southern district new york special court clerk to the above cause to supreme court of the United States of record herein on 10th day of November, 2022.

The parties were served via:

___ Post office Mail        ___ Facsimile        ___ Hand Delivery        _UPS

___ Federal Express                ___ Other        ___ E-File                _X__ Email

By*: clark, dejon lamar christopher* Moor beneficiary