

**MASTER BILL OF LADING SHIPS MANIFEST  Proof of consideration to Trust Account # 22-cv-9785 for Trust Account 22-3001 on special deposit Receipt**

In the district court of the united states for the southern district of new york

Ecclesiastical High Courts of Chancery

PROOF OF CONSIDERATION FOR THE PURPOSE OF A DE NOVO INTERLOCUTORY APPEAL

NON-NEGOTIABLE

**(1) One dollar Silver Certificate(s) specie of the United States of America**

========================
  **Cert # I 26303478 A**
========================

-----------------------------------------------------------------------------------------------------------------------

(*clerk sign and stamp copy for receipt to be returned to applicant*)

*Issuance of Receipt by clerk of the district court of the united states for the southern district of new york and all people who is bound by oath to be Persons Worthy of Trust*

*In the Original Equity in admiralty and maritime jurisdiction by nature law of nations*

 swain, laura taylor d/b/a LAURA TAYLOR SWAIN chief judge of the district court of the united states for the southern district of new york, krajick, ruby j. d/b/a RUBY J. KRAJICK chief clerk of the district court of the united states for the southern district of new york et al., **circuit court of the united states for the southern district of new york, a people bound by oath to be persons worthy of trust** as trustee(s).

**FOR LAWFUL, VALUABLE, AND SUFFICIENT CONSIDERATION** delivered, on Special deposit, Hand Delivery into this port of entry, the receipt of which is acknowledged by the undersigned for an application entitled **" *Tendered as a full and satisfactory consideration for the sum or value of one dollar certificate # I26303478A in silver certificate currency payable to the bearer on demand, thirty dollars in silver currency payable to the bearer on demand and five hundred and five dollars in silver currency payable to the bearer on demand on special deposit in the district court of the united states for the southern district of new york on specially deposited in Trust account number 22-cv-9785 for notice of de novo Interlocutory Appeal in the circuit court acct # " 22-3001"*** tendered and executed __12/15_____, 2022 as the manifest special intent and purpose of clark, dejon lamar christopher d/b/a DEJON LAMAR CHRISTOPHER BEY TRUST  *in propria personam sui juris*, applicant, beneficiary "implied" maritime equitable surety. **FOR THE PRESENT ENJOYMENT USE AND POSSESSION OF THE BENEFICIARIES**



**MASTER BILL OF LADING SHIPS MANIFEST  Proof of consideration to Trust Account # 22-cv-9785 for Trust Account 22-3001 on special deposit Receipt**

*Eeerie Railroad v. Tompkins, where the supreme court ruled that "there is no federal general common law", page, @ "Headnote 3," and Congress has no power to declare substantive [emphasis added] rules ofthe common law applicable to a State, whether they be local or general in their nature, be they commercial law or apart of the law of torts." page 64. There could be no more federal general common law or substantive rules of common law because the consideration on all contracts used by everyone in the country was non-substantive, i.e. Federal Reserve Notes (FRNs) belonging to the private Federal Reserve Corporation and not the countless Americans executing on a regular basis, whether public or private. To use as "valuable consideration", and purport to be authorized to bind, property that does not belong to oneself renders oneself obligated to the owner of the consideration, in this case the Federal Reserve Corporation. ;*

*I hereby draw into question the validity of the federal reserve banking system notes and whether its repugnant to the constitution of the united states article 3 section 2 clause 1 and article 6, The articles of confederation article IX,XII,VI, Tripoli of 1796 treaty of tripoli article V,X and laws of the united states affecting the private rights and title of an ipso jure Moor Subject of the Al Maroc Shereefian Empire*

**Treaty of Tripoli 1796-ARTICLE X.**, The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been recieved by him previous to his signing the same, according to a receipt which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoly, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party;

**Treaty of Algiers 1795-ARTICLE XIII.**, Should any of the Citizens of the United States of North America Die within the Limits of this Regency the Dey & his Subjects shall not Interfere with the Property of the Deceased but it Shall be under the immediate Direction of the Consul unless otherwise disposed of by will Should their be no Consul, the Effects Shall be deposited in the hands of Some Person worthy of trust untill the Party Shall Appear who has a Right to demand them, when they Shall Render an Account of the Property neither Shall the Dey or Divan Give hinderence in the Execution of any Will that may Appear;

**1786/1836 Treaty of Marrakech Article IX.** If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation. If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever.

**1796 Treaty of Tripoli Article V.** A citizen or subject of either party having bought a prize vessel condemned by the other party or by any other nation, the certificate of condemnation and bill of sale shall be a sufficient passport for such vessel for one year; this being a reasonable time for her to procure a proper passport.



**MASTER BILL OF LADING SHIPS MANIFEST  Proof of consideration to Trust Account # 22-cv-9785 for Trust Account 22-3001 on special deposit Receipt**

1781 Articles of Confederation Art. IV, and XII

The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States; and the people of each State shall free ingress and regress to and from any other State, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions, and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any State, to any other State, of which the owner is an inhabitant; provided also that no imposition, duties or restriction shall be laid by any State, on the property of the United States, or either of them.

All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.

**Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912**

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that " before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.* **"He who comes into equity must come with clean hands"**

Performed by my hand and seal with manifest special intent and purpose, freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed:_____12/15_____, 2022_.

*by: clark, dejon lamar christopher*

grantee/grantor/heir/beneficiary/Admiral/Merchant  a private people called Moor /americas aboriginal

michiganian national,  *"but not citizen of the united states for the district of columbia, nor the Citizen of the united states of america in congress assembled"*

**Special deposit , Private, Priority**

**WITNESSES**

*by: todd, ronnie ramael Moor beneficiary*
**Witness**

*by: brown, kenneth Moor beneficiary*
**Witness**

*by: higgins, mark rock, irish Moor beneficiary*
**witness**

**PROOF OF SERVICE**



**MASTER BILL OF LADING SHIPS MANIFEST** Proof of consideration to Trust Account # 22-cv-9785 for Trust Account **22-3001** on special deposit Receipt

I Declare that the forgoing instrument (**Master Bill of Lading Proof of Consideration in the Original Exclusive Equity Admiralty and Maritime Jurisdiction by Nature Law of Nations)** was served upon district court of the united states for the southern district new york special court clerk to the above cause to district court of the united states for the southern district new york of record herein on <u>the 15th day of November</u>, 2022.

The parties were served via:

\_\_\_ U.S.Mail             \_\_\_ Facsimile           \_\_\_ Hand Delivery  \_\_\_UPS

\_\_\_ Federal Express      \_\_\_ Other       \_\_\_ E-File              <u>X</u>  Email


By: <u> *clark, dejon lamar christopher* </u> Moor beneficiary