**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand twenty-three,

_____

Dejeon Lamar Christopher Bey Trust,

    Plaintiff - Appellant,

v.

Debra Haaland, Andrew Saul, Merrick Garland, Janet Louise Yellen, Charles Paul Rettig, Department of Homeland Security, Christopher John Petrides, Raphael Washington, Major General Donna Martin, Dana Nessel, Jocelyn Benson, Firas Adwallah, Mark E. Kuhn, Howard H. Harcha, III, Mark Jon Wieczorek, Antony Blinken, Julie Dawn Hutchinson, Debra Anne Lucas, David Thoroughman, Matthew Kahl, Kathy L. Shupert, Richard W. Nagel, Algenon Mobley, Marc May, Alejandro Mayorkas, Secretary, Dept. of Homeland Security,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 22-3001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 19 2023

A Notice of Appeal has been filed in this Court in the above-referenced case naming an incorporated business as an appellant. It appears that the corporate appellant is not represented by counsel in this case.

An incorporated business is prohibited from appearing pro se in this Court. See 28 U.S.C. § 1654; Berrio v. New York City Housing Authority, 564 F. 3d 130, 132-133 (2d Cir. 2009).

This case will be deemed dismissed effective on February 22, 2023 if an attorney admitted to practice in this Court does not file a notice of appearance on behalf of the incorporated business by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/19/2023**