UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEJON LAMAR CHRISTOPHER BEY
TRUST, doing business as Clark, Dejon Lamar
Christopher,

                                Plaintiff,

                        -against-

DEBRA ANNE HAALAND, et al.,

                              Defendants.

1:22-CV-9785 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated November 18, 2022, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff thereafter filed a number of submissions, including a notice of interlocutory appeal. On January 23, 2023, the United States Court of Appeals for the Second Circuit dismissed Plaintiff's appeal, effective February 22, 2023. *Dejon Lamar Christopher Bey Trust v. Haaland*, No. 22-3001 (2d Cir. Jan. 23, 2023).

      Plaintiff has not filed an IFP application or paid the fees to bring this action. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment for this action.

SO ORDERED.

Dated: May 24, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge