UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEJON LAMAR CHRISTOPHER BEY TRUST, doing business as Clark, Dejon Lamar Christopher,<br><br>                          Plaintiff,<br><br>            -against-<br><br>DEBRA ANNE HAALAND, et al.,<br><br>                         Defendants. | 1:22-CV-9785 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 24, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 24, 2023
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                             Chief United States District Judge